THE STATE EX REL. WHITMER, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO; ANCHOR TOOL & DIE COMPANY, APPELLANT.

[Cite as *State ex rel. Whitmer v. Indus. Comm.* (1997), 78 Ohio St.3d 412.]

(No. 95–490—Submitted April 16, 1997—Decided May 14, 1997.)

*Berger & Kirschenbaum Co., L.P.A.,* and *Linda U. Elliott,* for appellee.

*Stevens & Mack* and *David E. Mack,* for appellant.

---

*Per Curiam.* On authority of *State ex rel. Newman v. Indus. Comm.* (1997), 77 Ohio St.3d 271, 673 N.E.2d 1301, the judgment of the court of appeals is affirmed.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.